Appeal No. 22-11072

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| Soul Quest Church of Mother Earth, Inc., and Christopher Young | ) ) ) ) |
| Appellants. | ) ) ) |
| v. | ) ) ) |
| Attorney General of the United States, Administrator, U.S. Drug Enforcement Administration, U.S. Drug Enforcement Administration | ) ) ) ) ) ) ) |
| Appellees, | ) ) |

## APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, and 11th Cir. R. 26.1-3, the undersigned hereby certifies that the following persons and entities have an interest in the outcome of this case:

1. Barkley, Mary, former associate attorney at the firm of A. Brian Phillips, P.A. and former co-counsel for Appellant(s);

2. Berger, Wendy W., United States District Court Judge;

3. Brett, Derek B., Attorney for Appellant(s);

4. Gaffney, Michael James, United States Attorney for Appellee(s);

Appeal No. 22-11072
Soul Quest Church of Mother Earth, Inc., *et al*,
*v.* Attorney General of the United States, *et al*,

5. Hancock, Kevin P., Former Attorney for Appellee(s);

6. Irick, Daniel C., United States Magistrate Judge;

7. Phillips, Andrew Brian, attorney for Appellant(s);

8. Straus-Harris, Julie, United States Attorney;

9. Sturgill, Lowell V., United States Attorney;

10. Young, Christopher, Appellant;

11. Young, Verena, Officer and Member of Appellant, Soul Quest Church of Mother Earth, Inc.,

No publicly traded company or corporation has an interest in the outcome of this appeal.

*s/Derek B. Brett, Esq.*
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
202 Brownlow Avenue, Suite 400
Dartmouth, NS, Canada B3B 1T5
Telephone: (902) 468-3066
Telecopier: (902) 468-4803
Email:dbb@burnsidelaw.net
Lead Counsel for Plaintiffs

*s/A. Brian Phillips, Esq.*
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email:
Brian.Phillips@Phillips-Law-Firm.com
Local Counsel for Plaintiffs

Appeal No. 22-11072
Soul Quest Church of Mother Earth, Inc., *et al*,
*v.* Attorney General of the United States, *et al*,

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27th, 2022, I filed a copy of the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit via the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service on them will be accomplished by the CM/ECF system.

s/ A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No.: 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email:
Brian.Phillips@Phillips-Law-Firm.com
Local Counsel for Appellant(s)