Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 22-11072

**Caption:**
Soul Quest Church of Mother Earth, Inc., and Christopher Young

Appellants,

v.

Attorney General of the United States, Administrator, U.S. Drug Enforcement Administration, U.S. Drug Enforcement Administration

**District and Division:** United States District Court Middle District of Florida Orlando Division
**Name of Judge:** United States District Judge Wendy W. Berger
**Nature of Suit:** Civil
**Date Complaint Filed:** 04/22/2020
**District Court Docket Number:** 6:20-cv-00701-WWB-DCI
**Date Notice of Appeal Filed:** 04/04/22
☐ Cross Appeal　☐ Class Action
Has this matter previously been before this court?
☐ Yes　☑ No
If Yes, provide
(a)　Caption: _____
(b)　Citation: _____
(c)　Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Derek B. Brett, Esq.<br>Lead Counsel | 202 Brownlow Avenue, Suite 400<br>Dartmouth, Nova Scotia B3B 1T5 | Telephone: 902-468-3066<br>Telecopier: 902-468-4803<br>Email: dbb@burnsidelaw.net |
| | A. Brian Phillips, Esq<br>Local Counsel | 912 Highland Avenue<br>Orlando, Florida 32803 | Telephone: 407-872-0777<br>Telecopier: 407-872-0704<br>Email: Brian.Phillips@Phillips-Law-Firm.com |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Lowell V. Sturgill, Jr., Esq. | 950 Pennsylvania Avenue NW<br>Room 7241<br>Washington, D.C. 20530 | Telephone: 202-514-3427<br>Telecopier: 202-514-7964<br>Email(s):<br>lowell.sturgill@usdoj.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☑ Permanent<br>☐ Granted<br>☐ Denied |

Page 2                                                                 11th Circuit Docket Number: 22-11072

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

**The Appellants appeal to this Court on the premise that United States District Judge Wendy W. Berger improperly granted the the Appellees' Motion to Dismiss the the Appellants' Third Verified Amended Complaint for lack of subject matter jurisdiction.**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 27th DAY OF April, 2022.

A. Brian Phillips, Esq.
NAME OF COUNSEL (Print)                                    SIGNATURE OF COUNSEL