# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2022

Lowell Sturgill Jr.
U.S. Department of Justice
Civil Division, Appellate Staff
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

Appeal Number: 22-11072-CC
Case Style: Soul Quest Church of Mother Earth, Inc., et al v. Attorney General of the United States, et al
District Court Docket No: 6:20-cv-00701-WWB-DCI

The brief you filed in the referenced appeal is deficient because you have not included the required item(s) noted below:

Statement Regarding Oral Argument. 11th Cir. R. 28-1(c)

Your brief has been conditionally filed. You must electronically file the entire corrected brief and submit four (4) paper copies of the corrected brief within **FOURTEEN (14) DAYS** from this date. If appellant fails to timely file the required item(s), the appeal will be dismissed. See 11th Cir. R. 42-1(b), 42-3. The corrected brief must be served on all parties to this appeal.

If you intend to make the corrections to the previously submitted paper briefs, you may contact the clerk's office to make arrangement for their return. You may, instead, submit a new set of briefs that include the necessary corrections. **PLEASE DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE**. The time for filing of the opposing party's brief runs from the date of service of the conditionally filed brief and is unaffected by the later substitution of corrected copies. See 11th Cir. R. 32-3.

Sincerely,

DAVID J. SMITH, Clerk of Court
Reply to: Mary Marshall
Phone #: (404) 335-6223

BR-8 Brief deficiency ltr