**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                    In Replying Give Number
Clerk                                                            Of Case and Names of Parties

October 21, 2022

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 23, 2023, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor
-------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #8.***

| | |
|---|---|
| 20-14114 | Daniel Rodriguez v. United States (REVISED ARGUMENT DATE) |
| 20-14181 | Pablo Guzman v. Secretary, Department of Corrections, et al. |
| 22-11421 | James McDonough v. Carlos Garcia, et al. |
| 21-11016 | Mary Harris v. The Public Health Trust of Miami-Dade County |
| 22-10445 | Esmelda Ruiz v. U.S. Attorney General |
| 20-14695 | James Mathurin v. United States |
| 21-13587, 22-11313 & 22-11590 | Absolute Activist Value Master Fund Limited, et al. v. Susan Devine |
| 22-10250 | Shelly Milgram v. Chase Bank USA, N.A., et al. |
| 21-13245 | Lawanna Tynes v. Florida Department of Juvenile Justice |
| 22-11776 | Shiloh Christian Center v. Aspen Specialty Insurance Company |
| 22-11072 | Soul Quest Church of Mother Earth, et al. v. Attorney General of the United States, et al. |
| 22-10525 | Jerry Bainbridge, et al. v. Director of the Florida Division of Alcoholic Beverages and Tobacco |
| 20-14214 | Chris Ronnie v. Administrative Review Board, et al. |
| 21-12661 | Cajule Cedant v. United States |