# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing | HEARING LOCATION | DAVID J. SMITH Clerk of Court United States Court of Appeals for the Eleventh Circuit (404) 335-6100 |
| | 12th Floor Courtroom James Lawrence King Federal Justice 99 N.E. 4th Street MIAMI, FLORIDA | |
| Clerk's Office Federal Justice Building 99 N.E. 4th Street Miami, Florida 33132 (305) 579-4430 | COURT CONVENES AT 9:00 A.M. (unless otherwise shown) | |

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JANUARY 24, 2023

| | |
|---|---|
| 21-12661 | Cajule Cedant, Appellant v. United States |
| 20-14181 | Pablo Guzman, Appellant v. Secretary, Department of Corrections, et al. |
| 22-11421 | James McDonough, Appellant v. Carlos Garcia, et al. |

### WEDNESDAY, JANUARY 25, 2023

| | |
|---|---|
| 22-11072 | Soul Quest Church of Mother Earth, Inc., et al., Appellants v. Attorney General of the United States, et al. |
| 22-10386 | Emigdio De Gracia v. Royal Caribbean Cruises, Ltd., Appellant |
| 20-13954 | AM Grand Court Lakes LLC, et al. v. Rockhill Insurance Company, Appellant |
| 21-11016 | Mary Harris, Appellant v. The Public Health Trust of Miami-Dade County |

### THURSDAY, JANUARY 26, 2023

| | |
|---|---|
| 20-14695 | James Mathurin, Appellant v. United States |
| 21-13245 | Lawanna Tynes v. Florida Department of Juvenile Justice, Appellant |
| 21-13469 | Jessica Graves, Appellant v. Brandstar Studios, Inc. |
| 22-11776 | Shiloh Christian Center, Appellant v. Aspen Specialty Insurance Company |

### FRIDAY, JANUARY 27, 2023

| | |
|---|---|
| 20-14114 | Daniel Rodriguez, Appellant v. United States |
| 22-10445 | Esmelda Ruiz, Petitioner v. U.S. Attorney General |
| 22-10525 | Jerry Bainbridge, et al. v. Director of the Florida Division of Alcoholic Beverages and Tobacco, Appellant |

ATLANTA, GEORGIA
11/15/22 - #8