IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11072-X

_____

SOUL QUEST CHURCH OF MOTHER EARTH,
INC.,
a Florida Domestic Non-Profit Corporatrion,
on its own behalf and on behalf of its
members,
CHRISTOPHER YOUNG,
individually and as spiritual leader of
Soul Quest Church of Mother Earth, Inc.,

                                                   Plaintiffs - Appellants,

versus

ATTORNEY GENERAL, UNITED STATES OF
AMERICA,
ADMINISTRATOR, U.S. DRUG ENFORCEMENT
ADMINISTRATION,

                                                   Defendants - Appellees,

ACTING ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION,
U.S. DRUG ENFORCEMENT ADMINISTRATION,

                                                   Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

\\

Please be prepared at oral argument to address the following question:

What is the meaning of the term "under" as used in in 21 U.S.C. § 877? Was the DEA's April 16, 2021 letter (Doc. 59-2) a determination "under" the Controlled Substances Act? Was it a determination "under" the Religious Freedom Restoration Act?

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION